UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE HEAROD, T09568,<br>          Plaintiff,<br>    v.<br>RON BROOMFIELD, Warden, et al.,<br>          Defendant(s). | Case No. 21-cv-08539-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a prisoner at San Quentin State Prison (SQSP), filed a pro se complaint for damages under 42 U.S.C. § 1983 and an application to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915.

On February 2, 2022, the court denied plaintiff's application to proceed IFP, i.e., for waiver of the requisite filing fee of $402.00, because plaintiff's application shows that his prison trust account balance is $2,608.85 and that the average deposits each month to his account for the most recent 6-month period were $416.41. The court warned plaintiff that if he "does not pay the requisite filing fee of $402.00 within 28 days from the date of this order, or show cause as to why he cannot, this action will be dismissed without prejudice." ECF No. 6 at 1.

More than 28 days have elapsed; however, plaintiff has not paid the requisite filing fee or shown why he cannot, or sought an extension of time to do so. This action accordingly is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: March 3, 2022

_____
CHARLES R. BREYER
United States District Judge