IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE HEAROD,<br><br>   Plaintiff,<br><br>  v.<br><br>RON BROOMFIELD, et al.,<br><br>   Defendants. | Case No. 21-cv-08539-CRB<br><br>**ORDER GRANTING MOTION TO SET ASIDE DISMISSAL**<br><br>Dkt. No. 8 |

  The Court dismissed plaintiff's case without prejudice on March 3, 2022 for failure to pay the filing fee. Dkt. No. 7. In light of the Court's receipt of payment on March 16, 2022, *see* Dkt. No. 9, plaintiff's motion to set aside the dismissal, Dkt. No. 8, is hereby GRANTED.

  The clerk shall re-open the case and terminate Dkt. No. 8.

  **IT IS SO ORDERED.**

Dated: March 28, 2022

                CHARLES R. BREYER
                United States District Judge